IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IRL S. BARG, et al.,                              :
       Plaintiffs,                              :
       v.                                        :     NO. 16-6049
ENCOMPASS HOME & AUTO                             :
INSURANCE COMPANY,
                                          :
       Defendant.

## ORDER

**AND NOW**, this 19th day of January, 2018, upon consideration of Defendant Encompass Home & Auto Insurance Company's Motion for Summary Judgment (Doc. No. 22) and the briefing in support thereof and in opposition thereto, **IT IS HEREBY ORDERED** that:

1. Defendant's Motion is **GRANTED** as to all counts set forth in Plaintiffs' Complaint; and

2. The Clerk of the Court shall mark this matter as **CLOSED**.

BY THE COURT:

*/s/ Marilyn Heffley*
MARILYN HEFFLEY
UNITED STATES MAGISTRATE JUDGE